# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                             Plaintiff,<br>vs.<br><br>CHRISTINA IVONNE TOVAR (1),<br><br>                            Defendant. | Case No. 19CR4528-WQH<br><br>JUDGMENT OF DISMISSAL |

FILED
APR 06 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐   the Court has dismissed the case for unnecessary delay; or

☐   the Court has granted the motion of the Government for dismissal, without prejudice; or

☐   the Court has granted the motion of the defendant for a judgment of acquittal; or

☐   a jury has been waived, and the Court has found the defendant not guilty; or

☒   the jury has returned its verdict, finding the defendant not guilty;

☒   of the offense(s) as charged in the Indictment/Information:

18:922(g)(1) – Felon in Possession of a Firearm

Dated: 3/31/2021

Hon. William Q. Hayes
United States District Judge